FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALETA BUSSELMAN,<br><br>               Plaintiff,<br><br>    v.<br><br>BATTELLE MEMORIAL INSTITUTE, an Ohio nonprofit corporation,<br><br>               Defendants. | No. 4:18-CV-05109-SMJ<br><br>**ORDER ADOPTING DEFENDANT'S PROPOSED PROTECTIVE ORDER AND REJECTING PLAINTIFF'S PROPOSED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: Pursuant to Federal Rule of Civil Procedure 26(c) and based on the parties' submissions, ECF Nos. 25 & 28, Defendant Battelle Memorial Institute's proposed Protective Order, **ECF No. 25-2**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference. Plaintiff Aleta Busselman's proposed Protective Order, ECF No. 25-1, is rejected because it is insufficient to protect the security-sensitive and classified information involved in this case.

//

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING DEFENDANT'S PROPOSED PROTECTIVE ORDER AND REJECTING PLAINTIFF'S PROPOSED PROTECTIVE ORDER **-** 2