1 | Mark N. Bartlett, WSBA No. 15672
Gillian Murphy, WSBA No. 37200
2 | Arthur A. Simpson, WSBA No. 44479
Davis Wright Tremaine LLP
3 | 920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
4 | Telephone: 206.622.3150
Facsimile: 206.757.7700

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

ALETA BUSSELMAN,

          Plaintiff,

  v.

BATTELLE MEMORIAL INSTITUTE,
an Ohio nonprofit corporation,

          Defendant.

No. 4:18-cv-05109-SMJ

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION TO COMPEL

Noted on Motion Calendar:
May 17, 2019

STIPULATION TO EXTEND DEADLINE
Case No. 4:18-cv-05109-SMJ

4832-9657-4615v.2 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

COMES NOW the parties and state as follows:

Plaintiff's counsel John P. Sheridan has been in trial since April 15, 2019. While the parties' counsel have diligently attempted to resolve all pending discovery disputes between them, they were unable to schedule a meet-and-confer call to address Defendant's responses to a number of Plaintiff's discovery requests until May 17, 2019, due to Plaintiff's counsel's trial commitments.  The parties are continuing to attempt to resolve several discovery disputes discussed during today's call and hereby request that the Court extend the May 20, 2019 deadline for Plaintiff to file any motion to compel by seven calendar days.  The parties jointly represent that good cause exists for this extension, which will further the interests of judicial economy.

DATED this 17th day of May, 2019.

        The Sheridan Law Firm, P.S.
        Attorneys for Plaintiff

        By *s/ John P. Sheridan*
           John P. Sheridan, WSBA No. 21473
           Hoge Building, Suite 1200
           705 Second Avenue
           Seattle, WA 98104

        Davis Wright Tremaine LLP
        Attorneys for Defendant

        By *s/ Mark N. Bartlett*
           Mark N. Bartlett, WSBA No. 15672
           Arthur A. Simpson, WSBA No. 44479
           920 Fifth Avenue, Suite 3300 |
           Seattle, Washington  98104

STIPULATION TO EXTEND DEADLINE
Case No. 4:18-cv-05109-SMJ

4832-9657-4615v.2 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

## PROOF OF SERVICE

I hereby certify that on the 17th day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Sheridan
The Sheridan Law Firm, P.S.
Hoge Building
705 Second Avenue
Seattle, WA 98104
jack@sheridanlawfirm.com

Attorney for Plaintiff

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672

STIPULATION TO EXTEND DEADLINE
Case No. 4:18-cv-05109-SMJ

4832-9657-4615v.2 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax