Mark N. Bartlett, WSBA No. 15672
Gillian Murphy, WSBA No. 37200
Arthur A. Simpson, WSBA No. 44479
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206.622.3150
Facsimile: 206.757.7700

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALETA BUSSELMAN, <br><br> Plaintiff, <br><br> v. <br><br> BATTELLE MEMORIAL INSTITUTE, an Ohio nonprofit corporation, <br><br> Defendant. | No. 4:18-cv-05109-SMJ <br><br> PRAECIPE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please **associate** three prior filings by defendant Battelle Memorial Institute ("Battelle") with Battelle's concurrently filed "Motion to Seal Battelle's Prior Filings Found at ECF No. 108-1, ECF No. 114, and ECF No. 116." Specifically, you will please associate with Battelle's concurrently filed motion to seal the following documents: **(1)** Battelle's corrected Motion to Reopen Discovery

PRAECIPE - 1
Case No. 4:18-cv-05109-SMJ

4847-7994-6915v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

for Limited Purposes and Third Motion to Compel Discovery Responses (ECF No. 97 as corrected at ECF 108-1); **(2)** Battelle's Response to Plaintiff's Motion to Exclude Testimony of Defendant's Expert Russell Vandenbelt, M.D. (ECF No. 114); and **(3)** the Declaration of Russell Vandenbelt, M.D. (ECF No. 116).

You will please also **remove** from the public court file these three prior filings, which were respectively filed on August 27, 2019, August 30, 2017, and August 30, 2017.

However, you will please **not strike or otherwise alter** any related motion briefing schedules or hearing dates, specifically including that of Battelle's Motion to Reopen Discovery for Limited Purposes and Third Motion to Compel Discovery Responses. (ECF No. 97 as corrected at ECF 108-1).

This request to remove Battelle's three above-described filings from the public docket and to associate them with Battelle's concurrently filed motion to seal is owing to Plaintiff's counsel's August 30, 2019, assertion to Battelle's counsel that he believes these three filings contain confidential information that should be immediately removed from the public court file and subject to a motion to seal.

PRAECIPE - 2
Case No. 4:18-cv-05109-SMJ

4847-7994-6915v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

DATED this 3rd day of September, 2019.

        Davis Wright Tremaine LLP
        Attorneys for Battelle Memorial Institute

By *s/ Mark N. Bartlett*
   Mark N. Bartlett, WSBA No. 15672
   Gillian Murphy, WSBA No. 37200
   Arthur A. Simpson, WSBA No. 44479
   Davis Wright Tremaine LLP
   920 Fifth Avenue, Suite 3300 |
   Seattle, Washington 98104
   Telephone: 206.622.3150
   Facsimile: 206.757.7700
   markbartlett@dwt.com
   gillianmurphy@dwt.com
   arthursimpson@dwt.com

PRAECIPE - 3
Case No. 4:18-cv-05109-SMJ
4847-7994-6915v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

**PROOF OF SERVICE**

I hereby certify that on the 3rd day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Sheridan
The Sheridan Law Firm, P.S.
Hoge Building
705 Second Avenue
Seattle, WA 98104
jack@sheridanlawfirm.com

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672

PRAECIPE
Case No. 4:18-cv-05109-SMJ

4847-7994-6915v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax