Mark N. Bartlett, WSBA No. 15672
Gillian Murphy, WSBA No. 37200
Arthur A. Simpson, WSBA No. 44479
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| ALETA BUSSELMAN, | No. 4:18-cv-05109-SMJ |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS TO DEPOSITION DESIGNATIONS |
| BATTELLE MEMORIAL INSTITUTE, an Ohio nonprofit corporation, | |
| Defendant. | |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Pursuant to the Court's November 22, 2019 Order, ECF No. 257, Defendant Battelle Memorial Institute hereby submits Defendant's objections to Plaintiff's counter-designations of Plaintiff's deposition testimony, ECF No. 253-1, and responds to Plaintiff's objections to Defendant's designations of Plaintiff's deposition testimony, ECF No. 239-1. Battelle respectfully requests that the Court hear oral argument at the December 5, 2019 Final Pretrial Conference upon Plaintiff's hundreds of objections to Battelle's designations of Plaintiff's deposition testimony. ECF No. 258. It will be impracticable for the Court to review and resolve at trial each of Plaintiff's countless objections each time Battelle seeks to present the jury with Plaintiff's deposition testimony. *See* Fed. R. Civ. P. 32(a)(3).

| Defendant's Objection to Plaintiff's Counter-Designations | Basis For Objection |
| --- | --- |
| **(1)** 31:7-34:1 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106. Plaintiff's counter-designation is substantively unrelated to Defendant's designations. Therefore, fairness does not require that it "be considered with the part introduced." Moreover, Plaintiff's counter-designation is irrelevant, unfairly prejudicial, and inadmissible character evidence. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 1
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| | Fed. R. Evid. 402, 403, 404. |
| **(2)** 113:20-114:4 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106.  Plaintiff's counter-designation is substantively unrelated to Defendant's designations.  Therefore, fairness does not require that it "be considered with the part introduced."  Fed. R. Evid. 802.  Plaintiff seeks to use the out-of-court statements of unidentified persons for the truth of the matters asserted. |
| **(3)** 276:21-277:7 | Fed. R. Evid. 802.  Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |
| **(4)** 279:24-281:7 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106.  Plaintiff's counter-designation is substantively unrelated to Defendant's designations.  Therefore, fairness does not require that it "be considered with the part introduced."  Fed. R. Evid. 802.  Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |
| **(5)** 284:4-286:9 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 2
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| | counter-designation is substantively unrelated to Defendant's designations.  Therefore, fairness does not require that it "be considered with the part introduced." Fed. R. Evid. 802.  Plaintiff seeks to use the out-of-court statements of unidentified persons for the truth of the matters asserted. |
| **(6)** 287:10-15 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106.  Plaintiff's counter-designation is substantively unrelated to Defendant's designations.  Therefore, fairness does not require that it "be considered with the part introduced." Fed. R. Evid. 802.  Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |
| **(7)** 288:3-289:17 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106.  Plaintiff's counter-designation is substantively unrelated to Defendant's designations.  Therefore, fairness does not require that it "be considered with the part introduced." Fed. R. Evid. 802.  Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 3
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| **(8)** 290:5-291:4 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106. Plaintiff's counter-designation is substantively unrelated to Defendant's designations. Therefore, fairness does not require that it "be considered with the part introduced." Fed. R. Evid. 802. Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |
| --- | --- |
| **(9)** 293:6-19 | Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106. Plaintiff's counter-designation is substantively unrelated to Defendant's designations. Therefore, fairness does not require that it "be considered with the part introduced." Fed. R. Evid. 802. Plaintiff seeks to use her own out-of-court statements, as reflected in her emotional harm chart, for the truth of the matters asserted. |

**Defendant's Responses to Plaintiff's Objections to Defendant's Designations of the Deposition of Plaintiff**

| Plaintiff's Objection | Plaintiff's Basis for Objection | Defendant's Response |
| --- | --- | --- |
| **(1)** 14:11-25 | Fed. R. Evid. 602, 701 | • Plaintiff's objection that she |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 4

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

lacked personal knowledge as to her own thoughts is without merit because "personal knowledge is not an absolute but may consist of what the witness thinks [s]he knows from personal perception." Fed. R. Evid. 602, Notes of Advisory Committee on Proposed Rules.

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 5
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| (2) 51:1-10 | Fed. R. Evid. 602, 611 (argumentative), 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit because "personal knowledge is not an absolute but may consist of what the witness thinks [s]he knows from personal perception." Fed. R. Evid. 602, Notes of Advisory Committee on Proposed Rules. |
| | | • Plaintiff's counsel waived any objection to the form of the question as "argumentative" under Fed. R. Evid. 611 by failing to raise that objection during the deposition. 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) ("[Fed. R. Civ. P. 32(d)(3)(B)] deals with errors and irregularities at the oral |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

examination in the manner of taking the deposition, in the form of the questions and answers, in the oath or affirmation, in the conduct of the parties, and errors of any kind that might have been obviated, removed, or cured if promptly objected to.  All of these are waived unless seasonable objection is made to them at the taking of the deposition.").  Moreover, the question is not argumentative. *See* 1 McCormick, Evidence, 6th ed. 2006, § 7, p. 28 ("The examiner may not ask a question that merely pressures the witness to assent to the questioner's inferences from or interpretations of the testimony already admitted…This kind of question is objectionable as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 7
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | 'argumentative' or 'badgering the witness.'"). <br><br> • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(3)** 54:23-25 | Fed. R. Evid. 602, 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602. <br><br> • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 8
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(4)** 55:8-56:7 | Fed. R. Evid. 602, 611, 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit. Fed. R. Evid. 602. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 9
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(5)** 56:8-57:18 | Fed. R. Evid. 602, 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit. Fed. R. Evid. 602.<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 10
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(6)** 57:19-58:1 | Fed. R. Evid. 602, 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602.<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 11
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| **(7)** 58:2-10 | Fed. R. Evid. 602, 701 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602. <br><br> • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(8)** 60:9-61:1 | Fed. R. Evid. 602, 802 | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602. <br><br> • Plaintiff's hearsay objections as to her own deposition testimony |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 12
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (*i.e.*, Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.) ("The party offering the statement can use this theory of relevance—that the statement provoked some relevant reaction, knowledge, or belief on the part of a person who heard it—to overcome a hearsay objection."). |
| **(9)** 77:9-22 | Fed. R. Evid. 611 | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 13

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| **(10)** 77:23-78:3 | Fed. R. Evid. 402, 403 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| **(11)** 78:4-79:8 | Fed. R. Evid. 402, 403 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 14
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | prejudicial.  Fed. R. Evid. 403. |
| **(12)** 79:9-80:12 | Fed. R. Evid. 402, 403, 802 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 15
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(13)** 80:13-81:3 | Fed. R. Evid. 402, 403 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| **(14)** 81:4-25 | Fed. R. Evid. 402, 403 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 16
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |
| **(15)** 82:1-83:1 | Fed. R. Evid. 402, 403, 602, 701 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit. Fed. R. Evid. 602.<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 17
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(16)** 83:2-14 | Fed. R. Evid. 402, 403, 602, 701, 404(a) | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 404 objection is without merit because her testimony does not concern "[e]vidence of a person's character or character trait [being used] to prove that on a particular |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 18

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | occasion the person acted in accordance with the character or trait."  Fed. R. Evid. 404(a)(1). |
| | | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602. |
| | | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge."  Fed. R. Evid. 701(c). |
| **(17)** 84:6-85:8 | Fed. R. Evid. 402, 403, 404(a), 602, 701 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 19
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

relevant to this lawsuit.  Fed. R. Evid. 401.

• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

• Plaintiff's Rule 404 objection is without merit because her testimony does not concern "[e]vidence of a person's character or character trait [being used] to prove that on a particular occasion the person acted in accordance with the character or trait."  Fed. R. Evid. 404(a)(1).

• Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit.  Fed. R. Evid. 602.

• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 20
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(18)** 85:9-86:6 | Fed. R. Evid. 402, 403, 611, 802 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 611 objection is without merit because the question is not argumentative. *See* 1 McCormick, Evidence, 6th |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 21
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | ed. 2006, § 7, p. 28. |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|  |  | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(19)** 86:7-87:8 | Fed. R. Evid. 402, 403, 602, | • Plaintiff's relevance objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 22
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | 611, 701 | without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |
| | | • Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit. Fed. R. Evid. 602 |
| | | • Plaintiff's Rule 611 objection is without merit because the question is not argumentative and does not call for speculation. *See* 1 McCormick, Evidence, 6th ed. 2006, § 7, p. 28. |
| | | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 23
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(20)** 87:9-88:3 | Fed. R. Evid. 402, 403, 602, 611, 701 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge as to her own thoughts is without merit. Fed. R. Evid. 602<br><br>• Plaintiff's counsel waived any |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 24
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(21)** 88:7-89:7 | Fed. R. Evid. 402, 403, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 25
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 26
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(22)** 89:8-90:10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) <br><br> • Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 27
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(23)** 90:11-91:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 28
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | Evid. 401. |
|--|--|-----------|
|  |  | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 29
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(24)** 91:9-92:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's Rule 611 objection is without merit because the question is not argumentative and |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 30
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

does not call for speculation. *See* 1 McCormick, Evidence, 6th ed. 2006, § 7, p. 28.

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.).

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 31
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| **(25)** 92:5-93:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 32
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(26)** 93:7-14 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 33
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 34
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(27)** 94:1-95:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 35
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Civ.* § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(28)** 95:7-96:1 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 36
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 37
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(29)** 96:11-97:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. <br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. <br> • Plaintiff's counsel waived any |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 38

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 39
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(30)** 97:5-98:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 40

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
|---|---|---|
| **(31)** 98:7-19 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 41
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Evid. 401.

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 42
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(32)** 99:16-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 43
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 44
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(33)** 100:1-12 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 45
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(34)** 100:23-101:2 | Fed. R. Evid. 402, 403, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 46
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 47
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 48
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(35)** 101:3-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 49
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 50
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|---|---|---|
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(36)** 102:1-16 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 51
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge."  Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 52
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(37)** 107:1-108:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 53
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | testimony is not unfairly prejudicial. Fed. R. Evid. 403. |
|--|--|--|
|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 54
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(38)** 108:9-109:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 55

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 56
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Evid.* § 6719 (2018 ed.). |
| **(39)** 109:6-110:9 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 57
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(40)** 110:10-111:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 58

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's Rule 611 objection is without merit because the question was not "misleading."<br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 59
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(41)** 111:5-112:1 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 60
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(42)** 111:2-10 | Fed. R. Evid. 402, 403 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 61
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| **(43)** 114:15-20 | Fed. R. Evid. 402, 403, 611 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 62
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Civ.* § 2156 (3d ed. 2019). |
| **(44)** 115:1-3 | Fed. R. Evid. 602, 701 | |
| **(45)** 115:4-15 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 63

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | other specialized knowledge." Fed. R. Evid. 701(c). |
| **(46)** 116:1-23 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br>• Plaintiff's hearsay objections as to her own statements are without |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 64
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(47)** 117:1-20 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). <br><br> • Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 65
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
|---|---|---|
| **(48)** 118:5-119:3 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 66
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Evid. 401.

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 67
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(49)** 119:4-120:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 68
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 69
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(50)** 120:9-121:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 70
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(51)** 122:18-20 | Fed. R. Evid. 611 | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 71
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| **(52)** 123:23-125:3 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 72

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Evid. § 6023 (2d ed. 2019). |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(53)** 125:4-24 | Fed. R. Evid. 402, 403,602, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 73

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | prejudicial.  Fed. R. Evid. 403. |
|  |  | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019). |
|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
|  |  | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 74
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | opponent.  Fed. R. Evid. 801(d)(2). |
| **(54)** 125:25-126:4 | Fed. R. Evid. 402, 403, 602 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019). |
| **(55)** 126:5-25 | Fed. R. Evid. 402, 403, 602, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 75
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019).

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc.*

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 76
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(56)** 130:5-6 | Fed. R. Evid., 611 | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| **(57)** 131:1-132:7 | Fed. R. Evid. 402, 403, 602, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 77
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019).

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 78
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | opponent.  Fed. R. Evid. 801(d)(2). |
| **(58)** 132:8-133:5 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019). <br><br> • Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 79
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

question under Fed. R. Evid. 611
by failing to raise an objection
during the deposition.  Fed. R.
Civ. P. 32(d)(3)(B); 8A Richard
L. Marcus *Fed. Prac. & Proc.
Civ.* § 2156 (3d ed. 2019).

- Plaintiff's objection under Rule
  701 is without merit because "it
  is [] clear that the drafters
  intended Rule 701 to be
  inapplicable to party admissions
  under Rule 801(d)(2)."  29 Victor
  J. Gold *Fed. Prac. & Proc. Evid.*
  § 6253 (2d ed. 2019).  Moreover,
  Plaintiff's testimony does not
  concern "scientific, technical, or
  other specialized knowledge."
  Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections as
  to her own statements are without
  merit because she is a party

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 80
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | opponent.  Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to her own Complaint filed in this action are without merit because her Complaint's allegations demonstrate her knowledge.  39B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6723 (2018 ed.) ("Statements offered to prove a speaker's knowledge can also fall outside the definition of hearsay."). |
| **(59)** 133:6-15 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 81
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

• Plaintiff's hearsay objections as to her own Complaint filed in this action are without merit because her Complaint's allegations demonstrate her knowledge. 39B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6723 (2018 ed.). |
|---|---|---|

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 82
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| **(60)** 134:1-135:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 83
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(61)** 135:8-136:10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 84
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 85
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(62)** 136:11-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 86
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 87
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | ed.). |
| **(63)** 138:21-139:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 88
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | emails are business records.  Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(64)** 139:8-140:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 89

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

testimony is not unfairly

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any

  objection to the form of the

  question under Fed. R. Evid. 611

  by failing to raise an objection

  during the deposition.  Fed. R.

  Civ. P. 32(d)(3)(B); 8A Richard

  L. Marcus *Fed. Prac. & Proc.*

  *Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to

  the PNNL email about which she

  testified is without merit because

  Plaintiff stipulated that PNNL

  emails are business records.  Fed.

  R. Evid. 802(6).

- Plaintiff's hearsay objections as

  to her own statements are without

  merit because she is a party

  opponent.  Fed. R. Evid.

  801(d)(2).

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 90
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(65)** 140:7-141:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 91
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 92
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | ed.). |
| **(66)** 141:9-142:12 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's Rule 611 objection is without merit because the question was not a "mischaracterization." |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements are without |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 93
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(67)** 142:13-143:2 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's Rule 611 objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 94
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | without merit because the question was not a "mischaracterization." |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
|  |  | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 95
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(68)** 143:3-11 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 96

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(69)** 143:12-144:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 97
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid.

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 98
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(70)** 144:8-145:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 99
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 100
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(71)** 145:7-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 101

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers and the draft Fowler Fraud Report are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(72)** 146:1-20 | Fed. R. Evid. 402, 403, 404(a), 602, 611, 701, 802, | • Plaintiff's relevance objection is without merit.  The Fowler Fraud |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 102
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | 805 | cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 404 objection is without merit because her testimony does not concern "[e]vidence of a person's character or character trait [being used] to prove that on a particular occasion the person acted in accordance with the character or trait."  Fed. R. Evid. 404(a)(1).<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 103
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019).<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold Fed. Prac. & Proc. Evid. § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 104
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

other specialized knowledge."
Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to
  the PNNL email about which she
  testified is without merit because
  Plaintiff stipulated that PNNL
  emails are business records.  Fed.
  R. Evid. 802(6).

- Plaintiff's hearsay objections as
  to her own statements are without
  merit because she is a party
  opponent.  Fed. R. Evid.
  801(d)(2).

- Plaintiff's hearsay objections as
  to the statements of her PNNL
  coworkers are without merit
  because the statements are being
  used to show the effect on the
  listener.  30B Jeffrey Bellin *Fed.
  Prac. & Proc. Evid.* § 6719 (2018
  ed.).

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 105
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| **(73)** 147:5-148:3 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 106
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(74)** 148:4-150:9 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 107
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

- Plaintiff's Rule 611 objection is without merit because the question did not "call for speculation."

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed.*

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 108
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(75)** 150:10-151:17 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 109
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(76)** 151:18-152:5 | Fed. R. Evid. 402, 403, 602, 611, 701 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 110
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

without merit.  Plaintiff's

testimony is not unfairly

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's objection that she

  lacked personal knowledge is

  without merit because "the

  knowledge required by Rule 602

  is simply that awareness of

  objects or events that begins with

  sensory perception of them." 27

  Victor J. Gold Fed. Prac. & Proc.

  Evid. § 6023 (2d ed. 2019).

- Plaintiff's Rule 611 objection is

  without merit because the

  question was not

  "argumentative."

- Plaintiff's objection under Rule

  701 is without merit because "it

  is [] clear that the drafters

  intended Rule 701 to be

  inapplicable to party admissions

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 111
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | | |
|---|---|---|---|
| | | | under Rule 801(d)(2)." 29 Victor J. Gold Fed. Prac. & Proc. Evid. § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
| **(77)** 152:6-13 | Fed. R. Evid. 402, 403, 611, 802, 805 | | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 112
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Civ. § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(78)** 157:6-19 | Fed. R. Evid. 402, 403, 611, | • Plaintiff's relevance objection is |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | 802, 805 | without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 114
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(79)** 158:16-159:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
|  |  | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 116
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(80)** 159:6-160:10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 117
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(81)** 160:11-161:8 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 118
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them."  27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019). |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 119
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |
|---|---|---|

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 120
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(82)** 161:9-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 121
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 122
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(83)** 162:1-163:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 123
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(84)** 163:9-164:3 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 125
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(85)** 164:4-165:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 126

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 127
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(86)** 165:5-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's Rule 611 objection is without merit because the question was not "argumentative."<br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 128
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(87)** 167:14-168:2 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 129

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 130
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(88)** 168:3-169:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 131
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(89)** 169:5-19 | Fed. R. Evid. 402, 403, 611, | • Plaintiff's relevance objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 132

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP<br>LAW OFFICES<br>Suite 2200<br>1201 Third Avenue<br>Seattle, WA  98101-3045<br>206.622.3150 main · 206.757.7700 fax

| | 802, 805 | without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 133
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(90)** 170:17-171:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

<table>
<tr><td></td><td></td><td>objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).

<ul><li>Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).</li>

<li>Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).</li>

<li>Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit</li></ul></td></tr>
</table>

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 135
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(91)** 171:8-172:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 136
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(92)** 172:5-173:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 137
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 138
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(93)** 173:7-174:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 139
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being |
|---|---|---|

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 140
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(94)** 174:5-11 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 141
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
|---|---|---|
| **(95)** 175:2-14 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 142
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's Rule 611 objection is without merit because the question was not "misleading."

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 143
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(96)** 182:2-21 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The Fowler Fraud cause analysis is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 611 objection is without merit because the question was not "argumentative."<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 144
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener. 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(97)** 185:1-186:1 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The Fowler Fraud cause analysis is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 145

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

without merit.  Plaintiff's

testimony is not unfairly

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any

  objection to the form of the

  question under Fed. R. Evid. 611

  by failing to raise an objection

  during the deposition.  Fed. R.

  Civ. P. 32(d)(3)(B); 8A Richard

  L. Marcus *Fed. Prac. & Proc.*

  *Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to

  the PNNL email about which she

  testified is without merit because

  Plaintiff stipulated that PNNL

  emails are business records.  Fed.

  R. Evid. 802(6).

- Plaintiff's hearsay objections as

  to her own statements are without

  merit because she is a party

  opponent.  Fed. R. Evid.

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener.  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(98)** 186:2-187:9 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  The policy Plaintiff claims was violated is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 147

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL policy about which she testified is without merit because the policy is not being offered for the truth of the matters asserted. *Jones v. Lake Cty. Sheriff's Dep't*, 2014 WL 3928405, at *2 (N.D. Ind. Aug. 11, 2014) ("The documents, which describe prohibited workplace activity and the procedures for reporting such activity, are intended to show the existence of the policy itself, and the truth or falsity of the statements within the policy are not relevant.").

- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 148
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(99)** 187:10-188:4 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  The policy Plaintiff claims was violated is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 149
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Evid. § 6023 (2d ed. 2019).

- Plaintiff's Rule 611 objection is without merit because the question did not "call for speculation."

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold Fed. Prac. & Proc. Evid. § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL policy about which she testified is without merit because the policy is not being offered for the truth of the matters asserted.

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 150
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Jones v. Lake Cty. Sheriff's Dep't*, 2014 WL 3928405, at *2 (N.D. Ind. Aug. 11, 2014). <br><br> • Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(100)** 188:5-18 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  The policy Plaintiff claims was violated is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 151

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

objects or events that begins with sensory perception of them." 27 Victor J. Gold Fed. Prac. & Proc. Evid. § 6023 (2d ed. 2019).

- Plaintiff's Rule 611 objection is without merit because the question did not "call for speculation."

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold Fed. Prac. & Proc. Evid. § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL policy about which she

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 152
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | testified is without merit because the policy is not being offered for the truth of the matters asserted. *Jones v. Lake Cty. Sheriff's Dep't*, 2014 WL 3928405, at *2 (N.D. Ind. Aug. 11, 2014.<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|---|---|---|
| **(101)** 188:19-189:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The policy Plaintiff claims was violated is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 153
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL policy about which she testified is without merit because the policy is not being offered for the truth of the matters asserted. *Jones v. Lake Cty. Sheriff's Dep't*, 2014 WL 3928405, at *2 (N.D. Ind. Aug. 11, 2014.<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(102)** 189:14-190:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. The policy |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 154
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Plaintiff claims was violated is relevant to this lawsuit. Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL policy about which she testified is without merit because the policy is not being offered for the truth of the matters asserted. *Jones v. Lake Cty. Sheriff's Dep't,*

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 155
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | 2014 WL 3928405, at *2 (N.D. Ind. Aug. 11, 2014.<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(103)** 190:6-191:4 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's purported NDAA disclosure is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 156

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(104)** 191:5-192:3 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's purported NDAA disclosure is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 157
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
|  |  | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019). |
|  |  | • Plaintiff's Rule 611 objection is without merit because the question was not "argumentative and misleading." |
|  |  | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 158
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(105)** 192:4-193:3 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's purported NDAA disclosure is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 159
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | relevant to this lawsuit. Fed. R. Evid. 401. |
|  |  | • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |
|  |  | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019). |
|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 160
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | L. Marcus Fed. Prac. & Proc. Civ. § 2156 (3d ed. 2019). |
|  |  | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge."  Fed. R. Evid. 701(c). |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 161
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(106)** 193:4-194:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's purported NDAA disclosure is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 162

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Victor J. Gold *Fed. Prac. &
Proc. Evid.* § 6023 (2d ed. 2019).

- Plaintiff's counsel waived any
  objection to the form of the
  question under Fed. R. Evid. 611
  by failing to raise an objection
  during the deposition.  Fed. R.
  Civ. P. 32(d)(3)(B); 8A Richard
  L. Marcus *Fed. Prac. & Proc.
  Civ.* § 2156 (3d ed. 2019).

- Plaintiff's objection under Rule
  701 is without merit because "it
  is [] clear that the drafters
  intended Rule 701 to be
  inapplicable to party admissions
  under Rule 801(d)(2)."  29 Victor
  J. Gold *Fed. Prac. & Proc. Evid.*
  § 6253 (2d ed. 2019).  Moreover,
  Plaintiff's testimony does not
  concern "scientific, technical, or
  other specialized knowledge."

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 163
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Fed. R. Evid. 701(c). <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(107)** 194:9-23 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's purported NDAA disclosure is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 164
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 165
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|---|---|---|

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 166
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| **(108)** 194:24-196:4 | Fed. R. Evid. 402, 403, 602, 701, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's purported NDAA disclosure is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).<br><br>• Plaintiff's Rule 611 objection is without merit because the question did not "call for a legal |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 167

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | conclusion." |
|  |  | • Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)."  29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019).  Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c). |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 168
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(109)** 196:5-25 | Fed. R. Evid. 402, 403, 602, 701, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's purported NDAA disclosure is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. &* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 169
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

*Proc. Evid.* § 6023 (2d ed. 2019).

- Plaintiff's Rule 611 objection is without merit because the question was not "compound" and did not "assume facts not in evidence."

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 170
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(110)** 212:4 | Fed. R. Evid. 611 | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| **(111)** 215:6-216:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 171
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 172
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(112)** 216:8-217:2 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 173
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 174
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(113)** 217:3-218:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br>• Plaintiff's hearsay objections to the PNNL email about which she |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 175
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). <ul><li>Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).</li><li>Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.).</li></ul> |
| **(114)** 218:6-219:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | <ul><li>Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.</li></ul> |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 176
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.
- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)
- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).
- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent.

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 177
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(115)** 219:9-220:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 178
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 179
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Evid.* § 6719 (2018 ed.). |
| **(116)** 220:7-221:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 180
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(117)** 221:7-222:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

testimony is not unfairly
prejudicial.  Fed. R. Evid. 403.

• Plaintiff's counsel waived any
objection to the form of the
question under Fed. R. Evid. 611
by failing to raise an objection
during the deposition.  Fed. R.
Civ. P. 32(d)(3)(B); 8A Richard
L. Marcus *Fed. Prac. & Proc.
Civ.* § 2156 (3d ed. 2019)

• Plaintiff's hearsay objections to
the PNNL email about which she
testified is without merit because
Plaintiff stipulated that PNNL
emails are business records.  Fed.
R. Evid. 802(6).

• Plaintiff's hearsay objections as
to her own statements contained
in an email are without merit
because she is a party opponent.
Fed. R. Evid. 801(d)(2).

• Plaintiff's hearsay objections as

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(118)** 222:8-223:9 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 183
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(119)** 223:10-224:5 | Fed. R. Evid. 402, 403, 611, | • Plaintiff's relevance objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 184

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | 802, 805 | without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 185
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(120)** 224:6-225:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 186
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 187
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
|---|---|---|
| **(121)** 225:9-226:8 | Fed. R. Evid. 402, 403, 611, 602, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 611 objection is without merit because the question did not "assume facts not in evidence."  Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 188

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | business records.  Fed. R. Evid. 802(6). • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(122)** 226:9-227:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. • Plaintiff's Rule 403 objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 189
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 190
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(123)** 227:9-228:1 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 191
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(124)** 228:2-7 | Fed. R. Evid. 402, 403, 611, | • Plaintiff's relevance objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 192

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | 802, 805 | without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). |
|---|---|---|

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 193
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(125)** 228:21-229:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 194
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 195
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(126)** 229:8-230:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 196
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  |  |
|---|---|---|
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(127)** 230:6-231:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 197
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

relevant to this lawsuit.  Fed. R. Evid. 401.

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 198
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(128)** 231:6-232:12 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. <br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. <br>• Plaintiff's counsel waived any objection to the form of the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 199
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 200
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(129)** 232:13-233:10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 201

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6). |
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| | | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(130)** 233:11-20 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 202
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent.

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 203
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(131)** 237:23-239:10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 204
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

during the deposition.  Fed. R.
Civ. P. 32(d)(3)(B); 8A Richard
L. Marcus *Fed. Prac. & Proc.*
*Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to
  the PNNL email about which she
  testified is without merit because
  Plaintiff stipulated that PNNL
  emails are business records.  Fed.
  R. Evid. 802(6).

- Plaintiff's hearsay objections as
  to her own statements contained
  in an email are without merit
  because she is a party opponent.
  Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as
  to the statements of her PNNL
  coworkers are without merit
  because the statements are being
  used to show the effect on the
  listener (i.e., Plaintiff).  30B
  Jeffrey Bellin *Fed. Prac. & Proc.*

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 205
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Evid.* § 6719 (2018 ed.). |
| **(132)** 239:11-240:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 206
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | emails are business records. Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(133)** 240:8-242:14 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 207

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 208
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(134)** 243:3-244:8 | Fed. R. Evid. 402, 403, 611, 802, 805 | <ul><li>Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.</li><li>Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.</li><li>Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard</li></ul> |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 209
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(135)** 244:9-245:9 | Fed. R. Evid. 402, 403, 611, | • Plaintiff's relevance objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 210

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | 802, 805 | without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
| | | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
| | | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) |
| | | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 211
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(136)** 245:10-246:8 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 212
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).

• Plaintiff's Rule 611 objection is without merit because the question was not "argumentative."

• Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 213
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B |
| --- | --- | --- |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 214
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(137)** 246:9-247:25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019) <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 215
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(138)** 249:1-250:5 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 216

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

without merit.  Plaintiff's

testimony is not unfairly

prejudicial.  Fed. R. Evid. 403.

- Plaintiff's Rule 611 objection is

  without merit because the

  question was not

  "argumentative."

- Plaintiff's hearsay objections to

  the PNNL email about which she

  testified is without merit because

  Plaintiff stipulated that PNNL

  emails are business records.  Fed.

  R. Evid. 802(6).

- Plaintiff's hearsay objections as

  to her own statements contained

  in an email are without merit

  because she is a party opponent.

  Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as

  to the statements of her PNNL

  coworkers are without merit

  because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 217
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(139)** 250:6-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 218
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff). 30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(140)** 257:1-258:3 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's employment with PNNL is relevant to this lawsuit. Fed. R. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 219
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Evid. 401.

- Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.

- Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).

- Plaintiff's Rule 611 objection is without merit because did not "call for speculation."

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 220
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 221
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(141)** 261:17-262:7 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc.* |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Civ.* § 2156 (3d ed. 2019)<br><br>• Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).<br><br>• Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(142)** 262:8-24 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 223
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
|---|---|---|

Continuing in the right cell:

- Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.
- Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019)
- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).
- Plaintiff's hearsay objections as

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 224
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(143)** 263:1-7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 225
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).

- Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 226
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(144)** 267:5-8 | Fed. R. Evid. 611 | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
| **(145)** 282:2-6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 227
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections as to her own statements are without merit because she is a party opponent.  Fed. R. Evid. 801(d)(2). |
| **(146)** 302:5-303:6 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's claimed emotional harm is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's Rule 611 objection is without merit because the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 228

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | question does not "assume facts not in evidence." <br><br> • Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
| **(147)** 303:7-25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's claimed emotional harm is relevant to this lawsuit. Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403. <br><br> • Plaintiff's Rule 611 objection is without merit because the question does not "assume facts not in evidence." <br><br> • Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 229

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | party opponent.  Fed. R. Evid. 801(d)(2). |
| **(148)** 304:1-19 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's claimed emotional harm is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 230
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | party opponent.  Fed. R. Evid. 801(d)(2). |
| **(149)** 319:7-18 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's claimed emotional harm is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). <br><br> • Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 231
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | party opponent. Fed. R. Evid. 801(d)(2). |
| **(150)** 320:3-10 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit. Plaintiff's claimed emotional harm is relevant to this lawsuit. Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit. Plaintiff's testimony is not unfairly prejudicial. Fed. R. Evid. 403.<br><br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition. Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br><br>• Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 232

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | party opponent.  Fed. R. Evid. 801(d)(2). |
| **(151)** 323:20-325:25 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's claimed emotional harm is relevant to this lawsuit.  Fed. R. Evid. 401.<br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br>• Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019).<br>• Plaintiff's hearsay objections to her emotional harm chart is without merit because she is a |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 233
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | party opponent.  Fed. R. Evid. 801(d)(2). |
| **(152)** 326:17-327:2 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br><br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br><br> • Plaintiff's Rule 611 objection is without merit because the question was not "argumentative." <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 234
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2).<br><br>• Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(153)** 327:3-328:7 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 235
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

|  |  | • Plaintiff's Rule 611 objection is without merit because the question did not "call for speculation." |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |
|  |  | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|  |  | • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc.* |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 236
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | *Evid.* § 6719 (2018 ed.). |
| **(154)** 328:8-17 | Fed. R. Evid. 402, 403, 602, 611, 701, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401.<br><br>• Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403.<br><br>• Plaintiff's objection that she lacked personal knowledge is without merit because "the knowledge required by Rule 602 is simply that awareness of objects or events that begins with sensory perception of them." 27 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6023 (2d ed. 2019).<br><br>• Plaintiff's Rule 611 objection is without merit because the |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 237
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

question was not "vague."

- Plaintiff's objection under Rule 701 is without merit because "it is [] clear that the drafters intended Rule 701 to be inapplicable to party admissions under Rule 801(d)(2)." 29 Victor J. Gold *Fed. Prac. & Proc. Evid.* § 6253 (2d ed. 2019). Moreover, Plaintiff's testimony does not concern "scientific, technical, or other specialized knowledge." Fed. R. Evid. 701(c).

- Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records. Fed. R. Evid. 802(6).

- Plaintiff's hearsay objections as to her own statements contained in an email are without merit

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 238
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | because she is a party opponent. Fed. R. Evid. 801(d)(2). <br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(155)** 329:5-23 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. <br> • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. <br> • Plaintiff's Rule 611 objection is without merit because the question did not "call for |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 239
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| | | speculation." <br><br> • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). <br><br> • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). <br><br> • Plaintiff's hearsay objections as to the statements of her PNNL coworkers are without merit because the statements are being used to show the effect on the listener (i.e., Plaintiff).  30B Jeffrey Bellin *Fed. Prac. & Proc. Evid.* § 6719 (2018 ed.). |
| **(156)** 330:14-331:9 | Fed. R. Evid. 402, 403, 611, 802, 805 | • Plaintiff's relevance objection is without merit.  Plaintiff's |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-DESIGNATIONS AND RESPONSES TO PLAINTIFF'S OBJECTIONS – 240

4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP <br> LAW OFFICES <br> Suite 2200 <br> 1201 Third Avenue <br> Seattle, WA  98101-3045 <br> 206.622.3150 main · 206.757.7700 fax

|  |  | employment with PNNL is relevant to this lawsuit.  Fed. R. Evid. 401. |
|  |  | • Plaintiff's Rule 403 objection is without merit.  Plaintiff's testimony is not unfairly prejudicial.  Fed. R. Evid. 403. |
|  |  | • Plaintiff's counsel waived any objection to the form of the question under Fed. R. Evid. 611 by failing to raise an objection during the deposition.  Fed. R. Civ. P. 32(d)(3)(B); 8A Richard L. Marcus *Fed. Prac. & Proc. Civ.* § 2156 (3d ed. 2019). |
|  |  | • Plaintiff's hearsay objections to the PNNL email about which she testified is without merit because Plaintiff stipulated that PNNL emails are business records.  Fed. R. Evid. 802(6). |

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 241
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | • Plaintiff's hearsay objections as to her own statements contained in an email are without merit because she is a party opponent. Fed. R. Evid. 801(d)(2). |
|---|---|---|

DATED this 23rd day of November, 2019.

Davis Wright Tremaine LLP
Attorneys for Battelle Memorial Institute

By *s/ Mark N. Bartlett*
        Mark N. Bartlett, WSBA No. 15672
        Gillian Murphy, WSBA No. 37200
        Arthur A. Simpson, WSBA No. 44479
        Davis Wright Tremaine LLP
        920 Fifth Avenue, Suite 3300 |
        Seattle, Washington 98104
        Telephone: 206.622.3150
        Facsimile: 206.757.7700
        markbartlett@dwt.com
        gillianmurphy@dwt.com
        arthursimpson@dwt.com

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 242
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Sheridan
The Sheridan Law Firm, P.S.
Hoge Building
705 Second Avenue
Seattle, WA 98104
jack@sheridanlawfirm.com

DATED this 23rd day of November, 2019.

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672

DEFENDANT'S OBJECTIONS TO DEPOSITION COUNTER-
DESIGNATIONS AND RESPONSES TO
PLAINTIFF'S OBJECTIONS – 243
4832-3001-5405v.1 0021368-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax