# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Aleta Busselman,

*Plaintiff*

v.

Battelle Memorial Institute
an Ohio nonprofit corporation,

*Defendant*

Civil Action No. 4:18-CV-05109-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of defendant against plaintiff pursuant to the jury verdict rendered on December 19, 2019.

This action was *(check one)*:

☑ tried by a jury with Judge Salvador Mendoza, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 19, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/Debbie Brasel
*(By) Deputy Clerk*

Debbie Brasel